UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DULUTH SCREEN PRINTING, LLC,

                Plaintiff,

     v.

KORNIT DIGITAL NORTH AMERICA, INC. and
KORNIT DIGITAL LTD.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No.: 25-mc-498

[PROPOSED] ORDER TO FILE REDACTED COMPLAINT AND EXHIBIT

    Plaintiff Duluth Screen Printing, LLC, having moved to file a new civil case with a redacted complaint and one redacted exhibit, and the Court having reviewed the application and having [FOUND / NOT FOUND] sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed with a redacted complaint and one redacted exhibit in public view on the Court's ECF system and an unredacted complaint and one unredacted exhibit filed under seal in the traditional manner, in paper form, it is hereby

    ORDERED this case [MAY / MAY NOT] be filed with a redacted complaint and one redacted exhibit in a case available in public view on the court's ECF system and an unredacted complaint filed under seal in the traditional manner in paper form. If permission to file under seal is granted, the parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the case initiation documents to the Clerk of Court in the traditional manner, in paper form.

Dated: November 7, 2025
New York, New York

                                         SO ORDERED

                                         _____
                                         Part I

The motion is GRANTED only temporarily. Within one week of the filing of the complaint, Plaintiff shall renew the motion with the District Judge assigned to the case for all purposes. The Clerk of Court is directed to terminate ECF No. 1 and close this case.